# TASKS PERFORMED BY TRUSTEE

1. Prepare for and conduct Section 341 meeting and review schedules

2. Investigate accounts receivable/admin. claims/financial affairs

3. Furnish information to parties in interest on factual matters

4. Supervise professionals

5. Monitor bond amount & pay premiums

6. Prepare Reports to U.S. Trustee annually

7. Deposit of funds and balance bank accounts

8. Review all ledgers

9. Checking of claims

10. Payment of claims

11. Prepare Final Report and collateral documentation

12. Prepare final Account


# EXHIBIT A