**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

IN RE:                              )
                                    ) CASE NO. 07-17095
KIMBERLY A. HAMILTON,               ) CHAPTER 7
                                    ) HON. MANUEL BARBOSA
    Debtor.                         )

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At:  Kane County Courthouse
         100 S. 3rd Street, Courtroom 140
         Geneva, Illinoins 60134

    On: **June 5, 2008**     At: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                            $      8,241.36

    Disbursements                       $          0.00

    Net Cash Available for Distribution $      8,241.36

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 1,574.13 | $ 56.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
|  | $ | $ | $ |

NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  -0-  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-  %.

Allowed priority claims are: NONE

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |

7. Claims of general unsecured creditors totaling $ 43,491.41  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  15 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1-1 | Elev. Cr. Union | $ 8,388.55 | 1,275.16 |
| 1-2 | Nordstrom FSB | $ 1,779.10 | 270.45 |
| 1-3 | Rec. Mgmt Syst. Corp. | $ 752.72 | 114.42 |
| 1-4 | Chase Bank | $ 1,342.58 | 204.09 |
| 1-5 | FDS Bank/Bloomingdales | $ 2,259.57 | 343.48 |

| | | | |
|---|---|---|---|
| 1-6 Fed. Retail Holdings | $ 1,092.08 | | 166.02 |
| 1-7 Salle Mae | $ 26,471.83 | | 4,024.04 |
| 1-8 FDS Bank/Macy's | $  1,404.98 | |   213.57 |
| | $ 43,491.41 | | $ 6,611.23 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    2001 Nissan

Dated: **May 2, 2008**          For the Court,

                        By:    **KENNETH S. GARDNER**
                               Kenneth S. Gardner
                               Clerk of the U.S. Bankruptcy Court
                               219 S. Dearborn Street, 7th Floor
                               Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7095   Doc 30   Filed 05/02/08   Entered 05/04/08 23:45:42   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 2             Date Rcvd: May 02, 2008
Case: 07-17095                Form ID: pdf002            Total Served: 40


The following entities were served by first class mail on May 04, 2008.
db          +Kimberly A Hamilton,    420 Illinois Avenue,    Batavia, IL 60510-1844
aty         +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty         +Deanna L. Aguinaga,    Aguinaga, Serrano & Low,    340 North Lake Street,    Second Floor,
              Aurora, IL 60506-4799
tr          +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
11619712     AT& T Universal Card,    PO box 688902,    Des Moines, IA 50368-8902
11619709    +Adler & Associates, Ltd,    25 E. Washington Street,    #500,    Chicago, IL 60602-1703
11619710    +Aguinaga, Serrano & Low,    340 N. Lake Street,    2nd Floor,    Aurora, IL 60506-4799
11619711    +Ann Taylor Loft/Nations Recovery Ctr,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
11619713     Bill me Later,    PO box 2394,    Omaha, NE 68103-2394
11619714    +Bloomingdales,    9111 Duke Blvd,    Mason, OH 45040-8999
11619715    +Bluegreen Resorts,    1900 E. Golf Road,    Ste 1250,    Schaumburg, IL 60173-5858
11619716   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACH LLC,     370 17th Street,    Ste 5000,    Denver, CO 80202-3050)
11619717     Capital One/ Northland Group,    7831 Glenroy Road,    Ste 350,    Edina, MN 55439-3108
11619718    +Charles Kallstrom, DDS,    302 Randall Road,    Ste 105,    Geneva, IL 60134-4209
11619719     Chase,    PO Box 15548,    Wilmington, DE 19886-5548
11772232     Chase Bank USA,    c o Weinstein and Riley, PS,    po box 3978,    seattle, WA 98124-3978
11619720    +Children’s BOMC w/ Allied Interstate,    PO box 5023,    New York, NY 10163-5023
11619721    +DuPage Medical Group,    2940 Rollingridge Road,    Naperville, IL 60564-4231
11711594    +Elevations Credit Union,    Visa Card,    POB 9004,    Boulder, CO 80301-9004
11886907     FDS BANK/MACY’S,    TSYS DEBT MGMT., INC.,    PO BOX 137,    COLUMBUS, GA  31902-0137
11798647    +FDS Bank/Bloomingdales,    c/o Tsys Debt Mgmt., Inc.,    Po Box 137,    Columbus, GA 31902-0137
11798650    +Federated Retail Holdings, Inc./Marshall Fields,    c/o Tsys Debt Mgmt., Inc.,    Po Box 137,
              Columbus, GA 31902-0137
11619722     Household Bank/Atlantic Credit & Finance,    PO box 11887,    Roanoke, VA 24022-1887
11619723     J. Jill,    Processing Center,    Des Moines, IA 50364-0001
11619725     LTD Commodities,    PO box 702,    Bannockburn, IL 60015-0702
11619724    +Lowes/Ad,    25 E Washington St,    Ste 500,    Chicago, IL 60602-1703
11619726     Macy’s/Forster & Garbus,    PO Box 9030,    Farmingdale, NY 11735-9030
11619727     Marshall Fields (n/k/a Macy’s),    PO Box 689195,    Des Moines, IA 50368-9195
11619728    +Monogram Credit Card of GA,    7840 Roswell Road,    Atlanta, GA 30350-6877
11630242     Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11749520    +Recovery Management Systems Corporation,    For YESSG I,    As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
11619730     Rodale Books w/ North Shore Agency,    PO Box 8901,    Westbury, NY 11590-8901
11873810    +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
11619731     Sallie Mae,    PO Box 9533,    Wilkes-Barre, PA 18773-9533
11619732     U of C (Elevations Credit Union),    PO Box 9804,    Boulder, CO 80301
11619733     Victoria’s Secret WFNNB,    PO Box 182124,    Columbus, OH 43218-2124
11619734    +Walmart/ Allied Interstate,    3000Corporate Exchange Drive,    Columbus, OH 43231-7684

The following entities were served by electronic transmission on May 03, 2008.
11734782    +E-mail/PDF: bnc@nordstrom.com May 03 2008 03:11:47      Nordstorm FSB,    P.O. Box 6566,
              Englewood, CO 80155-6566
11734784    +E-mail/PDF: bnc@nordstrom.com May 03 2008 03:11:47      Nordstrom FSB,    P.O. Box 6566,
              Englewood, CO 80155-6566
11619729     E-mail/PDF: bnc@nordstrom.com May 03 2008 03:11:47      Nordstroms,    PO Box 79134,
              Phoenix, AZ 85062-9134
11630242     E-mail/PDF: rmscedi@recoverycorp.com May 03 2008 02:33:15
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11749520    +E-mail/PDF: rmscedi@recoverycorp.com May 03 2008 02:33:15
              Recovery Management Systems Corporation,    For YESSG I,    As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                              TOTALS: 0, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7           Page 2 of 2            Date Rcvd: May 02, 2008
Case: 07-17095                Form ID: pdf002       Total Served: 40

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2008**              **Signature:**  _Joseph Speetjens_