IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE

HAMILTON, KIMBERLY A.,

Debtor.

) CHAPTER 7 CASE
)
) CASE NO. 07-17095
)
) HONORABLE MANUEL BARBOSA

**ORDER AWARDING COMPENSATION AND EXPENSES**

**THIS MATTER BEING HEARD** on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,574.13 |
| 2. | Trustee's expense | $ | 56.00 |
| | TOTAL | $ | 1,630.13 |

**IT IS FURTHER ORDERED** that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee

   a. Compensation             $       0.00

   b. Expenses                 $       0.00

2. Accountant for the Trustee

   a. Compensation             $       0.00

   b. Expenses                 $       0.00

3. Other professional          $       0.00

(List each professional separately)

                                **TOTAL**    $ _____0.00__

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy court.

DATED this _____ day of _____, 2008.

ENTERED: _____
                                   United States Bankruptcy Judge

**ENTERED**

JUN 0 5 2008

MANUEL BARBOSA, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT